IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRED HANEY,
et al.,

    Plaintiffs,

v.                                          Civil Action No. 3:22-cv-55

GENWORTH LIFE INSURANCE
CO., et al.,

    Defendants.

**ORDER**

In order to accommodate the objecting class members and members of the public who wish to attend the Final Settlement Approval Hearing remotely on November 17, 2022, at 10:00 AM, it is hereby ORDERED that:

(1) Objecting class members, their counsel, and members of the public who wish to attend the hearing remotely may contact the courtroom deputy (804-916-2228), one hour before the hearing at the latest, to receive information about how to access the Zoom conference; and

(2) Counsel for the parties shall attend the Final Settlement Approval Hearing in-person.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 28, 2022

2