CIVIL NON-JURY TRIAL OR MOTION HEARING  
MINUTE SHEET

Date:   January 30, 2024

| UNITED STATES DISTRICT COURT | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>A.C., a minor, by and through R.C., as parent and next friend<br>   v.<br>HENRICO COUNTY SCHOOL BOARD | CASE NO:  3:22CV00336-HEH<br><br>JUDGES:  Hudson, SUSDJ & Colombell, USMJ<br><br>COURT REPORTER:  Custis, OCR |

MATTER ON FOR:    ( ) Bench Trial   (**X**) Motion Hearing   ( ) OTHER: _____

APPEARANCES:     All parties by counsel_____

### TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF PLAINTIFF(S) ( )    DEFENDANT(S) ( )    COURT ( )  
OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )  
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( )   MOTION ( ) _____  
DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( )   MOTION ( ) _____  
REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )  
EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )  
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )  
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )  
COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____  
COURT FOUND IN FAVOR OF DEFENDANTS ( ) _____  
CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

### ADDITIONAL NOTATIONS:

Matter came on for hearing on the parties' Joint Motion for Approval of Settlement (ECF no. 65).  
Factual findings made by the Court.  
Settlement approved by the Court, case to be dismissed.  
Order to enter, case to be closed.  
Court to retain jurisdiction for purposes of enforcing the settlement agreement.

### APPEARANCES:

| | |
|---|---|
| Plaintiff | W. Peyton Akers, Esq. |
| Defendant | John D. McChesney, Esq. |

SET  2:00 p.m.         BEGAN  2:07 p.m.         ENDED  2:14 p.m.         TIME IN COURT  0:07