IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

A.C., a minor, by and through R.C., )
as parent and next friend, )
                                )
       Plaintiff, )
                                )
v. )   Civil Action No. 3:22-cv-336–HEH
                                )
HENRICO COUNTY SCHOOL BOARD, )
                                )
       Defendant. )

## ORDER
**(Approving Settlement Agreement)**

THIS MATTER is before the Court on the parties' Joint Motion for Approval of Settlement (the "Motion," ECF No. 65), filed on January 2, 2024. On January 30, 2024, the Court held a hearing to approve the settlement. At the hearing, and upon thorough review of the Confidential Settlement Agreement ("Agreement"), the Court approved the Agreement stating the following findings.

The Court accepts the proffers and evidence presented in support of the terms of the Agreement and finds that all parties were represented by competent counsel. The Court believes that the Agreement represents a fair and reasonable compromise of disputed issues of law and of fact arising out of Plaintiff A.C.'s denial of free appropriate public education claim under the Individuals with Disabilities Education Act. Further, pursuant to Virginia Code § 8.01-424, the Court finds that the Agreement is in the best interests of minor child A.C.

Accordingly, it is hereby ORDERED that the Agreement is APPROVED as fair,

adequate, and in the best interests of A.C. Plaintiff's claims are DISMISSED with PREJUDICE, except that this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: January 30, 2024
Richmond, Virginia